UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00079-JPH-MJD |
| | ) | |
| WAYNE TURNER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Tim A. Baker has entered a Report and Recommendation, dkt. 178, recommending that the Court revoke Mr. Turner's supervised release and sentence him to time served with no supervised release to follow.  The parties have had the opportunity to object but have not done so.  See Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(C). The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [178].  The Court now **ORDERS** that Wayne Turner's supervised release is therefore **REVOKED**, dkt. [169], and Mr. Turner is sentenced to the custody of the Attorney General or his designee for a period of time served with no supervised release to follow.

**SO ORDERED.**

Date: 6/24/2026

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C